# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER** *(Transferring Court)* | CR-05-01005-001-TUC-JGZ |
| **DOCKET NUMBER** *(Receiving Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Juan Luis Sanchez | District of Arizona | 4: Tucson |

| | |
|---|---|
| **NAME OF SENTENCING JUDGE** | Honorable John M. Roll, Chief United States District Judge |
| **DATES OF PROBATION/ SUPERVISED RELEASE** | FROM 9/28/2022 TO 9/27/2026 |

**OFFENSE**

Title 21, U.S.C. §§841 (a)(1) and (b)(1)(A)(vii) and 846, Conspiracy to Possess with Intent to Distribute Marijuana, a Class A Felony offense, as charged in Count 1 of the Information; Title 18, U.S.C. §201 (b)(2)(C), Bribery of a Public Official, a Class C Felony offense, as charged in Count 2 of the Information; Title 18, U.S.C. §1920, Workers' Compensation Fraud, a Class D Felony offense.

---

**PART 1- ORDER TRANFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Juan Luis Sanchez, be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 15, 2022
Date

Honorable Jennifer G. Zipps
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date