**UNITED STATES PROBATION
DISTRICT OF ARIZONA**

**NOTICE WITHDRAWING REQUEST FOR
TRANSFER OF JURISDICTION**



FILED ☒   LODGED ☐

**Feb 23 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**Defendant:** Juan Luis Sanchez    **Docket No:** CR-05-01005-001-TUC-JGZ

The Probation Office for the District of Arizona hereby notifies the Clerk's Office that the request for transfer of the above case has been withdrawn and jurisdiction will remain with the District of Arizona.

*Corinne Encinas*    2/23/2023
Corinne Encinas    Date
U.S. Probation Officer
Corinne_Encinas@azd.uscourts.gov

COURT/ CLERK'S OFFICE/ FILE